IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES LEE MCCLAIN                                                                                       PLAINTIFF

v.                                    Case No. 5:13-CV-05269

DR. W. HOWARD; DR. N. MULLINS;
NURSE RHONDA BRADLEY; NURSE
RHONDA MESCHEDE; and DEPUTY
D. CARTER                                                                                              DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 61) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 37) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of October, 2015

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE